IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUE E. SWAIM, | ) | CASE NO. 8:06CV58 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | APPLICATION FOR ORDER |
| | ) | TO CONFIRM FINAL |
| CREIGHTON SAINT JOSEPH | ) | ARBITRATION AWARD |
| REGIONAL HEALTH CARE SYSTEM, | ) | |
| L.L.C., a Limited Liability Company, | ) | |
| d/b/a CREIGHTON UNIVERSITY | ) | |
| MEDICAL CENTER and TENET | ) | |
| AMISUB, (SAINT JOSEPH HOSPITAL) | ) | |
| INC., A Nebraska Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Defendants Creighton Saint Joseph Regional Health Care System, L.L.C. d/b/a Creighton University Medical Center, and Tenet Amisub, (Saint Joseph Hospital), Inc. ("the Medical Center"), by and through their counsel of record, and shows to the court as follows:

1. This court ordered arbitration of the captioned matter by Order dated June 28, 2006 (Filing No. 21).

2. This matter was arbitrated in September 2007 before an arbitrator agreed upon by the parties and pursuant to the Rules of the American Arbitration Association.

3. A final Award of Arbitrator (Award) was issued by the arbitrator on November 27, 2007, a copy of which Award is attached to and made a part of this Application as if fully set forth herein.

4. The one year period in which to apply for an order confirming the Award has not expired.

5.    Notice of the filing of this Application has been served upon plaintiff's counsel by the CM/ECF electronic filing system simultaneously with the filing of this Application.

Therefore Defendants apply for an order from this court confirming the final arbitration Award pursuant to 9 U.S.C. § 9.

DATED this 19th day of March, 2008.

    CREIGHTON SAINT JOSEPH REGIONAL HEALTH
    CARE SYSTEM, L.LC., d/b/a CREIGHTON
    UNIVERSITY MEDICAL CENTER and TENET
    AMISUB (SAINT JOSEPH HOSPITAL) INC., Defendants

    By    s/William T. Oakes
        William T. Oakes, #13093
        Matthew G. Dunning, #20057
    Of   STINSON MORRISON HECKER LLP
        1299 Farnam Street, Suite 1501
        Omaha, NE 68102  (402)342-1700

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Defendants' Application for Order to Confirm Final Arbitration Award was electronically filed with the Clerk of the Court using the CM/ECF system, and the undersigned further certifies that a copy of the Defendants' Reply Brief was electronically served upon George A. Sutera at Sutera Law Office, 424 S. 11th Street, Omaha, Nebraska 68102-2815, using the CM/ECF system, on this 19th day of March, 2008.

    s/William T. Oakes