# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUE E. SWAIM, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CREIGHTON SAINT JOSEPH | ) | **8:06CV58** |
| REGIONAL HEALTH CARE SYSTEM, | ) | |
| L.L.C., A Limited Liability Company | ) | **ORDER CONFIRMING** |
| d/b/a CREIGHTON UNIVERSITY | ) | **ARBITRATION AWARD** |
| MEDICAL CENTER, and TENET | ) | |
| AMISUB (SAINT JOSEPH HOSPITAL) | ) | |
| INC., A Nebraska Corporation, | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the magistrate judge by consent of the parties. An arbitration award was entered on November 27, 2007. The defendant timely filed an APPLICATION FOR ORDER TO CONFIRM FINAL ARBITRATION AWARD [27], and notice of the filing of the application was served on plaintiff's counsel. No response in opposition has been received.

Pursuant to 9 U.S.C. § 9,

**IT IS ORDERED** that defendant's APPLICATION FOR ORDER TO CONFIRM FINAL ARBITRATION AWARD [27] is granted, and the Award of Arbitrator entered on November 27, 2007 hereby is confirmed.

The Clerk of the Court shall terminate this case for statistical purposes.

**DATED April 15, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**